**Jimmy William HUNSUCKER, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 45979.

Missouri Court of Appeals,
Western District.

April 20, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 1, 1993.

Application to Transfer Denied
Aug. 17, 1993.

Laura G. Martin, Asst. Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SMART, P.J., and SHANGLER and FENNER, JJ.

ORDER

PER CURIAM.

Jimmy William Hunsucker appeals from a final order entered on February 7, 1992

denying his Rule 24.035 motion following an evidentiary hearing.

Judgment is affirmed.